UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-307-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRANDON STEFAN LEE | ) | |

Upon motion of the Government, and for good cause shown, the Federal Bureau of Investigation is hereby authorized to destroy or otherwise dispose of those items seized during the investigation of the above-captioned case, including an HP Touchsmart 300, bearing serial number 3CR942212M, a Dell Laptop, bearing service tag number 8PLVT91, and a Western External Hard Drive, bearing serial number WMAPZ0932655

SO ORDERED, this 3RD day of April, 2013.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE